Northrup and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re ARMSTRONG'S WILL. (Supreme Court, Appellate Division, Fourth Department. January 11, 1911.) In the matter of the probate of the last will and testament of Harriette C. Armstrong, deceased.

PER CURIAM. Decree and order affirmed, with costs and disbursements. See, also, 137 App. Div. 932, 123 N. Y. Supp. 1105.

ROBSON, J., dissents.

BAKER v. CONSOLIDATED GAS CO. (Supreme Court, Appellate Term. January 5, 1911.) Appeal from Municipal Court, Borough of Manhattan, Fifth District. Action by Clare Baker against the Consolidated Gas Company. From a judgment for defendant, plaintiff appeals. Affirmed. Wallenstein & Armstrong, for appellant. Stuart H. Benton, for respondent.

PER CURIAM. There was sufficient evidence to support the finding of the jury in behalf of the defendant. The witness Walsh testified that the plaintiff told him shortly after the accident that she was in the next room at the time of the explosion and was not hurt. The jury evidently believed this testimony, and there is no reason shown for disturbing their conclusion. Judgment affirmed, with costs.

BRADY, J., taking no part.

BAKER CART CO., Respondent, v. JAMESVILLE MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 18, 1911.) Action by the Baker Cart Company against the Jamesville Manufacturing Company. No opinion. Judgment and order affirmed, with costs.

In re BALDWIN'S WILL. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) In the matter of the probate of the alleged last will and testament of Charles Dean Baldwin, deceased.

PER CURIAM. Decree of the Surrogate's Court of Kings County (67 Misc. Rep. 329, 124 N. Y. Supp. 612) affirmed, with costs, on the opinion of Ketcham, Surrogate.

JENKS, J., taking no part.

BANCHETTI, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1910.) Action by Giovanni Banchetti, as administrator, etc., against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs.

BARRY, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. December 2, 1910.) Action by Nannie J. Barry against the City of New York. T. Connoly, for appellant. G. M. Curtis, for respondent. No opinion. Judgment affirmed, with costs, on People ex rel. Pardee v. Coggey, 132 App. Div. 268, 117 N. Y. Supp. 65. Order filed.

BAUM, Respondent, v. GALLO et al., Appellants. (Supreme Court, Appellate Division, First Department. December, 2, 1910.) Action by Annie Baum, as administratrix, against Giuseppe Gallo and another. H. S. Marshall, for appellants. H. G. Smyth, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BECK v. STAUDT. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by Elizabeth M. Beck against John Staudt, as executor; Frederick W. Huber and others, applicants. No opinion. Motion denied, with $10 costs. Order filed. See, also, 140 App. Div. 481, 125 N. Y. Supp. 430.

In re BEEVER'S WILL. (Supreme Court, Appellate Division, Fourth Department. November 23, 1910.) In the matter of the probate of the last will and testament of William Beever, deceased. No opinion. Decree affirmed, with costs against appellants.

BELLOCK et al., Respondents, v. WEITZER, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by David Bellock and another against Jacob Weitzer. No opinion. Motion to dismiss appeal denied, without costs, on condition that the appellant pay $10 and appeal is placed at the foot of the January calendar.

BENNETT, Appellant, v. STOUT, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 23, 1910.) Action by Albert J. Bennett against J. Neal Stout.

PER CURIAM. Order, so far as appealed from, reversed, with $10 costs and disbursements, and motion to change venue denied, with $10 costs, without prejudice to another motion to change venue when the issue is finally settled.

In re BENSEL et al., Board of Water Supply. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) In the matter of the application and petition of John A. Bensel and others, constituting the Board of Water Supply of the City of New York, to acquire real estate for and on behalf of the city of New York, under chapter 724 of the Laws of 1905 and the acts amendatory thereof, in the towns of Olive, Marbletown, and Hurley, Ulster county, N. Y., for the purpose of providing an additional supply of pure and wholesome water for the use of the city of New York.

PER CURIAM. Order affirmed with $10 costs and disbursements. See, also, 124 N. Y. Supp. 575, 716; 68 Misc. Rep. 70, 124 N. Y. Supp. 726; 139 App. Div. 922, 124 N. Y. Supp. 1110.

SMITH, P. J., dissents.

In re BENSEL et al., Board of Water Supply. (Supreme Court, Appellate Division, Sec-